UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| KENNETH RAY McELROY *et al.*, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:12-cv-297 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| HAMILTON COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion to withdraw [Doc. 86] filed by Attorney Craig L. Meredith, currently counsel of record for Defendant Amylin Pharmaceuticals, LLC. Attorney Meredith represents he will be leaving the firm of Adams and Reese LLP effective April 26, 2013 and that Attorney F. Laurens Brock with the firm, already counsel of record in the case, as well as Richard B. Goetz, Amy J. Laurendeau, and Peter L. Choate who are all with O'Melveny & Myers, LLP will continue to represent Defendant.

Accordingly, the motion to withdraw [Doc. 86] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Meredith as counsel of record for Defendant.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE